THE STATE OF OHIO, APPELLANT, *v.* BLACK, APPELLEE.

[Cite as *State v. Black,* 144 Ohio St.3d 127, 2015-Ohio-3925.]

(No. 2013–1947—Submitted August 11, 2015—Decided September 29, 2015.)

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to that court for further proceedings on the authority of *State v. Rogers,* 143 Ohio St.3d 385, 2015-Ohio-2459, 38 N.E.3d 860.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

O'NEILL, J., dissents.

Timothy J. McGinty, Cuyahoga County Prosecuting Attorney, and Adam M. Chaloupka, Assistant Prosecuting Attorney, for appellant.

Michael B. Telep, for appellee.